UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LANCE LAMAR BOOTH,

    Plaintiff,

    v.  Case No. 20-C-1061

WISCONSIN DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

---

## ORDER

---

Plaintiff Lance Lamar Booth, proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. The court entered a screening order finding that the complaint failed to state a claim upon which relief could be granted but allowed Plaintiff until September 4, 2020, to file an amended complaint curing the defects identified by the court. Dkt. No. 9. Plaintiff was warned that failure to make a timely submission would result in the dismissal of the action. *Id.* On August 18, 2020, the court granted Plaintiff's motion for an extension of time until October 4, 2020, to file an amended complaint. Dkt. No. 11. To date, Plaintiff has failed to file an amended complaint and the time to do so has expired. Accordingly, this case is dismissed. The Clerk is directed to enter judgment accordingly.

**SO ORDERED** at Green Bay, Wisconsin this 19th day of October, 2020.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge